ERNEST F. W. WILDERMUTH, Appellant, v. JOHN M. KEATING, Respondent.— In a libel action, order denying plaintiff's motion to strike three defenses from the answer modified on the law by granting the motion to the extent of striking from the answer the "Third" defense, which alleges that the defendant's statement was absolutely privileged. As so modified, the order is affirmed, without costs. The statement referred to was not made in, nor was it pertinent to any pending judicial proceeding. (*Andrews* v. *Gardiner,* 224 N. Y. 440.) Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. [See *post,* pp. 906, 957.]

## (February 21, 1944.)

PEARL BROOKS, as Administratrix of the Estate of SARAH SUMMERS, Deceased, Respondent, v. SYDELLE FRIEDBERG, Appellant-Respondent, EDWARD GOLDBERG, Defendant-Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* pp. 825, 871 *sub nom. Summers* v. *Friedberg.*] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

CYRIL GURGE, as Executor of VASILY D. DUMBADZE, Deceased, Appellant, v. AGENCY OF THE CANADIAN CAR AND FOUNDRY COMPANY, LIMITED, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 782.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

SYLVESTER HOLMES, as Administrator of the Estate of FRANCES HOLMES, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Motion to resettle order of reversal denied, without costs. [See *ante,* p. 782.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of the Accounting of JOSEPH A. NICKERSON, as Executor of GAIL BORDEN, Deceased. JOSEPH A. NICKERSON, as Executor, et al., Appellants; OCCIDENTAL COLLEGE et al., Respondents.— Motion to substitute Joanna Ditmas Brodhead, as executrix of the last will and testament of Walter Brodhead, deceased, for Walter Brodhead, as a party to the above proceeding, granted, and the title is amended accordingly. [See *ante,* pp. 823, 830; *post,* pp. 905, 960.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of the Will of MARCUS BRUCKHEIMER, Deceased. MORRIS METZ, as Executor and Trustee, et al., Respondents; RUTH B. OPPENHEIMER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 783.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of WILLIAM LERNER, an Attorney.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of JAMES H. RICKER, Respondent, v. VILLAGE OF HEMPSTEAD et al., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 831.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.